# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 19-22084 | Judge: ROBERT D. BERGER | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
|---|---|---|---|---|
| Case Name: | INTELLICARE NETWORK, LLC | | Date Filed (f) or Converted (c): | 09/27/19 (f) |
| | | | 341(a) Meeting Date: | 10/28/19 |
| For Period Ending: | 03/31/23 | | Claims Bar Date: | 02/26/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Heritage Bank account | 728.00 | 728.00 | | 728.72 | FA |
| 2. Funds held in Trust by Stumbo Hanson, LLP | 1,365.00 | 1,290.57 | | 1,290.57 | FA |
| 3. Accounts Receivable | 34,917.32 | 34,917.32 | | 0.00 | FA |
| 4. Accounts Receivable | 92,466.70 | 92,466.70 | | 28,014.25 | FA |
| 5. Obsolete Medi-alert equipment | Unknown | 0.00 | OA | 0.00 | FA |
| 6. Software, furniture and equipment | 5,505.63 | 5,505.63 | OA | 0.00 | FA |
| 7. Misc.Manufacturing Components | Unknown | 0.00 | OA | 0.00 | FA |
| 8. Legal Malpractice Claim | Unknown | 1,000,000.00 | | 0.00 | 200,000.00 |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $134,982.65 | $1,134,908.22 | | $30,033.54 | $200,000.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/31/23 - Trustee is preparing final report;

2/1/23 -- Order Approving Settlement entered - DOC# 53;

1/9/23 - Trustee filed Motion to Approve Settlement regarding the Legal Malpractice Claim for $200,000- DOC#51;

11/2/22 - Order Denying Motion for Stay Relief entered - DOC# 49

10/4/22 - Hearing on Amended MFRS regarding judgment filed on behalf of Satetycare Technologies, LLC and

response/objection filed by Debtor - statements of counsel heard - Court has taken matter under advisement; Trustee is

still waiting on malpractice claim trial outcome;

6/6/22 - Updated Attorney for Debtor; DOC# 39

4/19/22 - Order Authorizing Abandonment of Certain Property entered - DOC# 34

3/28/22 - Trustee filed application to abandon various property - objection deadline is 4/18/22; awaiting malpractice

| | | | |
|---|---|---|---|
| Case No: | 19-22084  Judge: ROBERT D. BERGER | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
| Case Name: | INTELLICARE NETWORK, LLC | Date Filed (f) or Converted (c): | 09/27/19 (f) |
| | | 341(a) Meeting Date: | 10/28/19 |
| | | Claims Bar Date: | 02/26/20 |

claim trial sometime before 9/1/22;

9/3/21 - Case Management Plan filed in legal malpractice claim: all discovery complete by 3/31/22; A trial would be set no sooner than 9/1/22;

3/31/21 - Trustee has deemed the balance of all A/R uncollectable; Legal malpractice claim is sill pending;

4/16/20 - Employment Order - Wendt Law Firm Estate Special Counsel - DOC# 24

3/31/20 - Trustee is working on employment of estate special counsel to pursue legal malpractice claim; attempting to collect A/R;

1/2/20 - Sec. 341 Meeting Concluded

11/20/19 - Order Employing SRR as Attorney for Trustee [DOC #16]

11/18/19 - Trustee filed Asset Recovery Notice

10/29/19 - Trustee filed application to employ Rebein as counsel for Trustee/estate;


RE PROP# 3---Trustee deems uncollectable

RE PROP# 5---Abandonment Order dated 4/19/22 - DOC# 34

RE PROP# 6---Abandonment Order dated 4/19/22 - DOC# 34

RE PROP# 7---Abandonment Order dated 4/19/22 - DOC# 34

RE PROP# 8---Intellicare Network, LLC, James Todd and Michael Goodwin vs. Brennan & Associates, PC and Scott Rigdon, Case No. 17-19690 - Cival Action - Law - Professional Liability Action filed in the Court of Common Pleas of Berks County, Pennsylvania; Estate Special Counsel employed per Court Order dated 4/16/20 - Wendt Law Firm, and Protzman Law Firm LLC, and Altee Hall LLP (Doc # 23); (only estimated value given to remove "unknown" value) ; 1/9/23 - trustee filed motion to approve settlement;


Initial Projected Date of Final Report (TFR): 08/01/21      Current Projected Date of Final Report (TFR): 05/15/23

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 19-22084 | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | INTELLICARE NETWORK, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******1334 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5278 | | |
| For Period Ending: | 03/31/23 | Blanket Bond (per case limit): | $ 23,898,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/18/19 | 1 | Intellicare Network, LLC | Bank account funds | 1129-000 | 728.72 | | 728.72 |
| 11/18/19 | 2 | Stumbo Hanson, LLP | Trust account funds | 1121-000 | 1,290.57 | | 2,019.29 |
| 01/23/20 | 4 | Navi-Call Solutions, LLC | ACCOUNTS RECEIVABLE | 1121-000 | 830.60 | | 2,849.89 |
| 01/26/21 | 4 | Altman-Charter Company | ACCOUNTS RECEIVABLE | 1121-000 | 27,183.65 | | 30,033.54 |
| 03/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 29.95 | 30,003.59 |
| 04/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 33.13 | 29,970.46 |
| 05/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 32.02 | 29,938.44 |
| 06/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 33.06 | 29,905.38 |
| 07/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 31.95 | 29,873.43 |
| 08/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 32.98 | 29,840.45 |
| 09/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 32.95 | 29,807.50 |
| 10/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 31.85 | 29,775.65 |
| 11/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 32.88 | 29,742.77 |
| 12/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 31.78 | 29,710.99 |
| 01/03/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 32.80 | 29,678.19 |
| 02/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 32.77 | 29,645.42 |
| 03/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 29.56 | 29,615.86 |
| 04/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 32.70 | 29,583.16 |
| 05/02/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 31.61 | 29,551.55 |
| 06/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 32.63 | 29,518.92 |
| 07/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 31.54 | 29,487.38 |
| 08/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 32.56 | 29,454.82 |
| 09/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 32.52 | 29,422.30 |
| 10/03/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 31.44 | 29,390.86 |
| 11/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 32.45 | 29,358.41 |
| 12/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 31.37 | 29,327.04 |
| 01/03/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 32.38 | 29,294.66 |
| | | | Page Subtotals | | 30,033.54 | 738.88 | |

Case 19-22084    Doc# 56    Filed 04/26/23    Page 3 of 4

LFORM24

Ver: 22.07g

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-22084 | | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
|---|---|---|---|---|
| Case Name: | INTELLICARE NETWORK, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******1334 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5278 | | | |
| For Period Ending: | 03/31/23 | | Blanket Bond (per case limit): | $ 23,898,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 32.35 | 29,262.31 |
| 03/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 29.18 | 29,233.13 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 30,033.54 | 800.41 | 29,233.13 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 30,033.54 | 800.41 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 30,033.54 | 800.41 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********1334 | 30,033.54 | 800.41 | 29,233.13 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 30,033.54 | 800.41 | 29,233.13 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 61.53